IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIE JAMES BOONE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

　　　Appellant,

v.                                                          CASE NO. 1D17-537

STATE OF FLORIDA,

　　　Appellee.

_____/

Opinion filed September 15, 2017.

An appeal from the Circuit Court for Jefferson County.
Dawn Caloca-Johnson, Judge.

Willie James Boone, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Sharon S. Traxler, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

　　　AFFIRMED.

ROWE, MAKAR, and BILBREY, JJ., CONCUR.